USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/14

**14 MISC 0001**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Application of Cornucopia LP, a Cayman Islands limited partnership; Mobile Disruptors LLC, a Delaware limited liability company; Bluebird Access 1 LP, a Cayman Islands limited partnership; and Bluebird Access 2 LP, a Cayman Islands limited partnership for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave To Obtain Discovery For Use In A Foreign Proceeding,<br><br>Petitioners. | Case No.<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF CORNUCOPIA LP ET AL. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING |

## [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF CORNUCOPIA LP ET AL. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Petitioners Cornucopia LP, Mobile Disruptors LLC, BlueBird Access 1 LP and BlueBird Access 2 LP (collectively, "Petitioners") applied *ex parte* to this Court for an order pursuant to 28 U.S.C. § 1782 granting Petitioners leave to obtain discovery from JPMorgan Chase & Co. and Citibank, N.A., for use in a proceeding currently pending in the United Kingdom. The Court, having fully considered the application and good cause appearing therefor, hereby GRANTS the application of Petitioners and ORDERS as follows:

1. Petitioners' counsel, BLA Schwartz, may issue, sign and cause to be served discovery subpoenas, substantially in the same form as the subpoenas attached to the declaration of Irwin Schwartz as Exhibit A, upon JPMorgan Chase & Co. and Citibank, N.A. The subpoenas shall specify deposition dates, if requested, and production of documents in accordance with Fed. R. Civ. P. 45;

1

2.	Copies of Petitioners' *ex parte* application and all supporting papers as well as a copy of this Order shall be delivered to JPMorgan Chase & Co. and Citibank, N.A. at the same time the respective subpoenas are served; and

3.	This Order is issued without prejudice to the rights of any person or entity to seek a protective order or to move to quash or modify the subpoenas under Fed. R. Civ. P. 45. Any motion seeking such relief shall be filed under this case number and shall be noticed for hearing before the undersigned in conformance with the Civil Local Rules.

Dated: ~~December~~ Jan. 7, 201~~3~~4

_____
~~Magistrate~~ Judge, United States District Court for the Southern District of New York

2